Irving McWharf, Respondent, v. Rochester Taxicab Company, Appellant.— Judgment and order affirmed, with costs. All concurred; Spring, J., not sitting.

The City of Buffalo, Respondent, v. David Goodman, Appellant.— Judgment affirmed, with costs. All concurred; Spring, J., not sitting.

In the Matter of the Judicial Settlement of the Accounts of Henry C. Underwood and William T. Morris, as Executors, etc., of Henrietta J. Monell, Deceased, Respondents. St. Mark's Episcopal Church of Penn Yan, New York, Appellant.— Decree affirmed, with costs. All concurred; Spring, J., not sitting.

Margaret E. Gates, as Administratrix, etc., of Harry W. Gates, Deceased, Plaintiff, v. Buffalo, Rochester and Pittsburg Railway Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred, except Kruse, J., who dissented upon the ground that the evidence was sufficient to make the question of contributory negligence of plaintiff's intestate as well as the defendant's negligence, a question of fact. Spring, J., not sitting.

John Smith, Appellant, v. Watkyn W. Parry, Respondent.— Judgment affirmed, with costs. All concurred; Spring, J., not sitting.

In the Matter of the Estate of Mary Killan, Deceased.— Motion to amend decision denied, with ten dollars costs. All concurred; Spring, J., not sitting.

Horace C. Ryder, Respondent, v. The O'Dell & Eddy Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the failure to properly guard the saw was not the proximate cause of the accident and that under the circumstances shown by the evidence the saw was properly guarded.

De Ross Dailey, Respondent, v. Daniel H. Stoll, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Foote, J., who dissented upon the grounds: *First*, that service of notice under the Employers' Liability Act* was not waived, and, *second*, that if the bolt was improperly suspended, it was a detail of the work for which defendant was not liable.

Samuel J. Porter, Respondent, v. George C. Boldt, Appellant.—Judgment and order affirmed, with costs. All concurred.

Louis Lessinger, Respondent, v. Isaac Hershberg and Samuel I. Hershberg, Appellants.— Judgment affirmed, with costs. All concurred.

Margaret E. Sullivan, Appellant, v. William J. Conners, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

In the Matter of the Judicial Settlement of the Accounts of Alice D. Williams and William R. Peters, as Executors of William Williams,

* See Labor Law (Consol. Laws, chap. 31; Laws of 1909, chap. 36), § 201, as amd. by Laws of 1910, chap. 352.— [REP.